COURT OF
APPEALS

                                                    EIGHTH DISTRICT
OF TEXAS

                                                               EL
PASO, TEXAS

 

C. WESLEY JEANES,                                         )

                                                                              )             
No.  08-02-00271-CV

Appellant,                          )

                                                                              )                   Appeal from the

v.                                                                           )

                                                                              )              
298th District Court

TEXAS POWER & LIGHT
COMPANY, INC., )

TXU
ELECTRIC COMPANY, VERIZON           )           
of Dallas County, Texas

WIRELESS, L.L.C., and
PRIMECO                     )

PERSONAL COMMUNICATIONS,
L.L.P.,       )                (TC#
00-05538-M)

                                                                              )

Appellees.                          )

 

 

MEMORANDUM   OPINION

 

Pending before the
Court is an agreed motion to modify and affirm the trial court=s decision of March 13, 2002.  This motion is made pursuant to Tex.R.App.P. 43.2(b).  This rule provides:

The court of appeals may:

 

.               .               .

 

(b)        modify the trial court=s judgment and affirm it as modified .
. . .

 

Tex.R.App.P.
43.2(b).








The parties have
complied with the requirements of Rule 43.2(b). 
The Court has considered this cause on the agreed motion and concludes
the motion should be granted.  Tex.R.App.P. 42.1(a)(1).  It is therefore ordered that the Order of
Dismissal of the trial court dated March 13, 2002, is modified by striking the
words Awith
prejudice,@ and as
so modified, the order is affirmed.  All
costs of this appeal shall be paid by the party incurring same.

 

 

 

January
16, 2003

DAVID WELLINGTON
CHEW, Justice

 

Before Panel No. 3

Barajas, C.J., Larsen, and Chew, JJ.